Billie THOMPSON, Patricia Brown, Plaintiffs–Appellants,

v.

GLADES COUNTY BOARD OF COUNTY COMMISSIONERS, Glades County School Board, Holly Whidden Green, Glades County Supervisor of Elections, Defendants–Appellees,

Robert Giesler, et al., Defendants.

No. 05–10669.

United States Court of Appeals, Eleventh Circuit.

July 2, 2008.

Neil Bradley, ACLU Foundation, Inc., Atlanta, GA, for Plaintiffs–Appellants.

Gavin Wallace O'Brien, Gavin W. O'Brien, P.A., Holmes Beach, FL, for Defendants–Appellees.

Before EDMONDSON, Chief Judge, and TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

The judges of the en banc court are equally divided on the proper disposition of this case. Therefore, the judgment of the

district court is AFFIRMED by operation of law.